# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

### FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE:  JANIE S. MAYERON |
| Plaintiff, | ) | U.S. Magistrate Judge |
| v. | ) | Case No:	11-144 (DWF) |
| | ) | Date:	October 29, 2013 |
| TRAVIS MAGDALENA SCOTT, | ) | Courtroom:	St. Paul 6B |
| | ) | Time Commenced:	14:05 |
| Defendant. | ) | Time Concluded:	14:11 |
| | ) | Time in Court:	6 Minutes |

APPEARANCES:

Plaintiff:	David Genrich, Assistant U.S. Attorney
Defendant:	Marsh Halberg, Esq.

☒ Retained

Interpreter / Language: NA

Date Charges Filed:	September 12, 2011
Offense:	Violation of Pretrial Release

on Warrant for Violation of Pretrial Release

☒ Waived Reading of Charges
☒ Advised of Rights

☒ Government moves for detention:
  Motion is ☒ granted

☒ Detention Hearing Waived
☒ Bond Revocation Hearing Waived

☒ Bond revoked, Defendant Ordered Detained - Government to submit proposed Order

☒ Counsel to contact District Court Judge Donovan W. Frank's Chambers for sentencing date

Additional Information:

s/KH
Calendar Clerk