UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 11-144 (DWF)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TRAVIS MAGDALENA SCOTT, )<br>)<br>Defendant. ) | **ORDER FOR REVOCATION**<br>**OF PRETRIAL RELEASE** |

This matter came before the Court on October 29, 2013, for a hearing. Defendant was present and represented by his attorney, Marsh Halberg, Esq. The United States was represented by Assistant United States Attorney David M. Genrich.

Defendant has pled guilty and is awaiting sentencing in the above-captioned matter. The matter came before the Court for an initial appearance on a Petition for Action on Conditions of Pretrial Release.

At the hearing, the United States moved for detention pending sentencing pursuant to the alleged violations of supervised release conditions. Defendant, through counsel, waived a preliminary revocation hearing, final revocation hearing, and a detention hearing. Defendant, through counsel, reserved the right to argue detention at a later date.

The Court accordingly revokes defendant's pretrial release and orders defendant detained pending sentencing in the above-captioned matter.

IT IS HEREBY ORDERED that:

1. Defendant's pretrial release is revoked;

2. Defendant is committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending trial;

3. Defendant shall be afforded reasonable opportunity to consult privately with his lawyer; and

4. Upon Order of the Court or request by the United States Attorney, the person in charge of the corrections facility in which the defendant is confined shall deliver him to the United States Marshal for the purpose of appearance in connection with a court proceeding.

Dated:   October 30, 2013                *s/ Janie S. Mayeron*
                                         The Honorable Janie S. Mayeron
                                         United States Magistrate Judge
                                         District of Minnesota