UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 11-144 (DWF)

---

UNITED STATES OF AMERICA,

            Plaintiff,

vs.

TRAVIS MAGDALENA SCOTT,

           Defendant.

ADDENDUM TO
DEFENDANT'S POSITION REGARDING
SENTENCING FACTORS

---

The Defendant reasserts his position for sentencing as set forth in the original Position Paper and asks for leniency from this Court for three additional reasons:

1. The Defendant's incarceration in Canada for approximately 2 years.
2. The life long medical injuries suffered by the Defendant as a result of his Canadian incarceration.
3. The Defendant's willingness to fully disclose the details of his flight to Canada to assist Homeland Security and related agencies.

1. CANADIAN INCARCERATION

    The defendant was captured on December 23, 2011 in Canada. He was returned to the United States on October 28, 2013 after spending approximately 22 months in prison. As such, the Defendant has already had severe consequences for his wrongful flight to another country pending sentencing. Attached are two letters regarding his proper conduct in the Canadian prison system. A letter from the Defendant's mother is also attached.

2. MEDICAL INJURIES

    Mr. Scott is a small-framed man who was subjected to extreme bullying while in the Canadian prison. He was threated by inmates who told him that he was not safe unless he paid protection money. Specifically, he was to direct outside family and friends to mail money to a third party address or great harm would come to him. He explained that he had no friends or family on the outside who could pay the protection fees. He was threated that if he ever divulged this attempted extortion, he would be killed.

    In February 2013, Mr. Scott was thrown by inmates from a second floor of the prison, landing on a cement lower level. At that location he was

repeatedly kicked by waiting inmates. All of this was timed and planned to occur outside the view of cameras and security guards.

Mr. Scott, still fearing for his life, passed a note to security guards, who took him out of his cell during the night where he explained that he was severely injured. He has no memory of the assault, but was informed of what transpired by other inmates.

Mr. Scott was severely injured in this prison beating and is now diagnosed with Dystonia, for which there is no cure. He is awaiting further medical exams by a neurologist in Minnesota. Dystonia can best be described as damage to the nervous system that have symptoms similar to multiple sclerosis. Mr. Scott has seizures several times a month, migraine headaches, tremors, loss of cognition, balance problems, tingling sensations, sharp pains in his spine, knotted neck muscles and TMJ. He is currently on eight or nine medications. One medication is for anxiety issues, but the remaining mediations are for Dystonia. Defense counsel has copies of the Defendant's prescriptions, which he will have available at court if a review of these records is needed.

3. DISCLOUSRE OF FLIGHT DETAILS TO CANADA

Mr. Scott recognizes he has the right to remain silent at sentencing and that admissions by him of the details of his flight to Canada can be used to charge him with possible new consecutive criminal charges. The Defendant, however, wishes to fully detail his escape efforts to assist our government in securing its borders and apprehending fugitives from justice. That information will be provided in a separate exhibit.

As to restitution, the Defendant reasserts his position that offsets are appropriate from the claimed amount. Defense counsel did not represent the Defendant in any civil forfeiture actions, but believes many, if not all, of the assets listed in the probation report have been or are subject to forfeiture.

Respectfully submitted,

Dated: November 14, 2013

/S/Marsh J. Halberg
Marsh J. Halberg, #39548
3800 American Boulevard West
Suite 1590
Bloomington, MN  55431
(952) 224-4848

| | |
|---|---|
| Government of Canada | Gouvernement du Canada |

**MEMORANDUM   NOTE DE SERVICE**

| | |
|---|---|
| To / À | Paul DECKER (AKA Travis Scott) |
| From / De | Brent Yarechewski<br>Unit Three Parole Officer<br>Stony Mountain Institution<br>Manitoba |

| Security Classification - Classification de sécurité |
|---|
| **Unclassified - Non classifié** |

| Our File - Notre référence |
|---|
| 8694 |

| Your File - Votre référence |
|---|
| |

| Date | Tel. No. - N° de tél. |
|---|---|
| 13-10-16 | 204-344-5111 Ex.5614 |

**Subject / Objet:** Character Reference

Paul Decker has explained to me that his real name is Travis Scott and that his birth name is Travis Olson. He has been incarcerated at Stony Mountain Institution under the name of Paul Decker from the time of 2013-02-15 to 2013-10-28. I was his Institutional Parole Officer from 2013-07-02 to the day of his release from Stony Mountain Institution on 2013-10-28.

During his sentence he remained employed and participated in institutional activities. No formal correctional programming was identified as a requirement for him to participate in. He has always presented himself in what appears to be a truthful and forthright manner. He is a U.S. citizen who has decided to return to the United States.

During his period of incarceration he was employed in the electrical shop. During this employment he worked on electrical related matters throughout the institution and was considered to be a very reliable worker. In consultation with the electricians who work within this department it was expressed to me that he is an excellent worker and that he has had no absences. The electricians have stated that he is self motivated and worked well with staff. It was further expressed to me that he is a great problem solver and showed a great deal of skill working for the electrical shop.

There is no record of any institutional incidents during his incarceration and he did not receive any institutional charges during his stay. There is no record of him being incompatible with any of his peers and he was never identified as ever being involved in any gang dynamics. Subject to one random Urinalysis Test he was tested for the use of any illicit substances and the results from this test were negative. By all accounts he has served his sentence with an unblemished record. There were no security concerns with respect to the time he served at Stony Mountain Institution.

Throughout his term of incarceration he has shown himself to be motivated and engaged with his assignment to the electrical shop. He has never been a behavioral concern for staff and has always presented himself in a polite manner to staff and fellow inmates. He comes across as quite articulate and forward thinking. He has good communication skills and a good work ethic. Should he choose to engage these attributes with suitable employment it would be reasonable to believe that his future remains promising despite this period of incarceration that he has served. He is intelligent and capable of being a very productive person. Despite all the challenges of incarceration he has conducted himself well at Stony Mountain Institution and it is reasonable to believe that her will be able to continue to conduct himself well once he returns to the community.

Brent Yarechewski
Unit Three Parole Officer
Stony Mountain Institution

GC 177 (R-97-03) (Word version 03-01)



Reference Letter for Mr. Scott    October 7, 2013

Mr. Scott has worked in the Stony Mountain Institution, Electrical Shop since March 15, 2013. Mr. Scott is a self motivated, hard working individual. He consistently exceeds expectations. He has exceptional gifts at problem solving.

Mr. Scott has an excellent attendance record and a great attitude, willing to get the job done. He gets along well with all staff and the other inmates that work in the electrical shop.

Mr. Scott is the kind of individual we would consider hiring full time as a member of our staff, if circumstances were different.


Bruce Frolick               _Bruce Frolick_
(electrical maintenance)

John Lee                    _John Lee_
(electrical maintenance)

Otto Klassen                _O. Klassen_
(electrical supervisor)

October 9, 2013

RE: Travis Scott

Your Honor :

It is with much sadness but also with much hope that I am writing this letter pleading for mercy from this Honorable Court for my son, Travis Scott.

First, I would like you to know more about my son. Travis comes from a good family of which he is an integral part. During the past years he has faced many emotional upsets in his life. He lost his dad to cancer; almost lost me in a near-fatal car accident. He lost both of his grandparents with whom he was also very close. During this time, he was "my rock" while enduring his own pain. Never complaining.

Trav is a very kind, polite, non-violent person and not a threat to society. He is always the first one to help out anyone in need no matter what time it took from his own day. He is also a very hard-working man. He has had a job since the age of thirteen. He has never been afraid of hard work and what he had accomplished up until this time has been remarkable. He is very intelligent and has so much to contribute to this world. I truly feel that being sentenced to prison with violent hardened criminals would not be a way to rehabilitation or a way to start repayment of any debt owed. I feel prison would have such a negative impact and change this good man into someone we wouldn't even recognize or want him to be.

Life will be very difficult as he will be starting over from square one as everything he owned was seized by the government. I beg of you to give him a chance to start over and hopefully you could put him under the house arrest program with the ability to work so he can start repaying his debt. I am behind Trav 100% and to show this, he could come and live with me to start until he could eventually be back on his own. The love and support of a family is what a person needs to give the strong footing to rebuild one's life. I feel that this is his only chance and hopefully you can give him the opportunity to make a difference in this world and to have a life and future that is worthwhile and meaningful. That is what we all try to strive for in this world.

Trav is the most cherished thing in my life. If you could see it in your heart to give him that chance, we would be forever grateful.

Respectfully,

*Debra Olson*

Debra Olson
2358 Reflections Dr.
Aurora, IL 60502