**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**
*Criminal No. 11-144 (DWF)*

---

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

TRAVIS MAGDALENA SCOTT,

                Defendant.

EXHIBIT OF ADDENDUM TO DEFENDANT'S POSITION REGARDING SENTENCING FACTORS

---

1. Since being charged with the original crimes, Mr. Scott has struggled with depression and suicidal thoughts. He believed that he could not survive incarceration and, if he did, he would never again obtain gainful employment with a felony conviction and a multi million-dollar restitution order.

2. Mr. Scott attended a local gun show after he had pled guilty, but before sentencing. At the gun show, Mr. Scott planned to purchase a firearm to kill himself. Mr. Scott believes that the individual selling the firearm recognized him and told him words to the effect "if you are thinking of doing something, perhaps you should talk to me first". The vendor slipped Mr. Scott a note with a fictitious first name of "Greg" and a phone number to call. Mr. Scott purchased a vintage handgun with no prior registration. In the course of several phone discussions, a plan evolved to fake Mr. Scott's death.

3. That plan eventually resulted in a canoe washing up on the shore of Lake Mille Lacs in September 2011 with a note to call Marsh Halberg, his defense attorney. There was a bullet hole in the canoe with a discharged firearm and a great deal of blood. The note said that Mr. Scott was weighting himself down and shooting himself so either the bullet would end his life if the attempt at drowning did not.

4. In preparation for the fake suicide, Mr. Scott drew several pints of his own blood using a vacuum pump and tubing. Mr. Scott purchased #14 needles from a veterinary supply store sent to a fictitious name at a P.O. Box. Mr. Scott researched how to properly store the blood so it would not show signs of deterioration.

5. Mr. Scott possessed several of his own wisdom teeth that he had kept from years earlier. He smashed the teeth. In addition, Mr. Scott pulled numerous strands of hair from his head.

6. Mr. Scott purchased a small canoe for cash. On the late night/early morning of his disappearance, Mr. Scott left his truck containing the canoe in a predetermined location for "Greg" with $5,000 cash under the truck seat. At that time, Mr. Scott also left a cooler with a mixture of the blood, the smashed teeth and the hair in a plastic bag placed inside a stocking cap. The accomplice was to take the canoe to Lake Mille Lacs and go out in the middle of the lake and shoot the gun through the hat/blood mixture to make it look like Mr. Scott had shot himself in the head. (Mr. Scott assumes the accomplice had help to transport the canoe to northern Minnesota and drive back).

7. Mr. Scott had left his cell phone on the floor of the canoe. He believed a cell tower check of the phone would show him driving up North. When the phone got wet in the bottom of the canoe, it would then short out.

8. As Mr. Scott had training as a pilot, he planned to fly to Canada while the fake suicide was being completed. To accomplish this, Mr. Scott had previously purchased an airplane in great need of repair from a seller in California. This was done through a third party broker using a fictitious name. Someone was hired to fly the airplane from California to Buffalo, Minnesota, where Mr. Scott accepted delivery of the airplane. Mr. Scott then flew the airplane to his airplane hanger in Crystal, Minnesota.

9. Mr. Scott had researched the plane identification number for a small aircraft that would routinely fly between the US and Canada. Mr. Scott then repainted his airplane and placed the false plane identification number on the tail of the plane so that the plane would not arouse suspicion flying across an international border.

10. In the middle of the night, Mr. Scott flew out of the Crystal airport, flying below radar when possible as to not be detected.  First he flew to Thief River Falls for refueling.  The control tower was closed for the night and he arrived undetected.  He then flew on to the Canadian border where he radioed that he was leaving the country. Mr. Scott had an electronic device to disguise his voice to sound like a female (if a recording had been made of his radio call, it would not lead to him).

11. Mr. Scott flew to St. Andrew's airport, a small, unsupervised airport near Winnipeg. As he arrived in the middle of the night, there was no one there to see him land. Weeks earlier Mr. Scott had contacted the airport and arranged to rent hanger space under a fictitious name, paying in advance. When he landed at the Canadian airport, he left a note for the hanger operator to store his airplane pursuant to the storage agreement.

12. Mr. Scott landed with a backpack filled with supplies, freeze dried food, water, a tent, a sleeping bag and a GPS device.  He then hiked through the woods at night for the next three days, sleeping during the day until he came to the outskirts of Winnipeg. He went to a store where he purchased a phone and newspaper and then hiked back to his hidden campground. At the campground, he then proceeded to call apartment listings and ultimately rented an apartment over the phone. The next day he then returned to Winnipeg and started to live at the rented apartment.

13. Mr. Scott purchased a computer and then went online to Ancestry.com and began to study Canadian death notices of people who had died prior to 1995. Through information obtained from Ancestry.com,

including parent names and other detailed information, he then mailed out several dozen requests for birth certificates to various government clerk offices. A birth certificate was mailed back to him for a person named Paul Decker, a person who died at age 2.

14. Mr. Scott moved to a nicer apartment and had a cable TV installer come to his apartment to install cable TV. Mr. Scott took a picture of the installer's identification badge. After the installer left, Mr. Scott created his own false employment identification for the name Paul Decker.

15. Having a birth certificate for Paul Decker and an employment identification for Paul Decker, he could qualify to get a Canadian driver's license, which he did.

16. Now having a birth certificate and driver's license, he could qualify for a Canadian passport, which he also did. Mr. Scott had researched countries with lax travel restrictions and found that he could easily travel to Australia or Belize once the passport arrived. Before the passport was sent to him, Mr. Scott was having severe anxiety and high blood pressure problems, as he had run out of the extra medication he had brought with him from the United States. He then created false doctor prescriptions and, in the process of trying to get medication at a pharmacy, the police were called and he was apprehended.

17. It took several days for Canadian law enforcement to determine his true identity. Throughout his stay in Canada, he was incarcerated under the name Paul Decker.