UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,   Criminal No. 11-144(1) (DWF)

      Plaintiff,

v.   **ORDER OF FORFEITURE**

Travis Magdalena Scott,

      Defendant.

Based on the United States' motion for an Order of Forfeiture; on the Plea Agreement entered into between the United States and Defendant Travis Magdalena Scott; and based on all of the files and records of this proceeding,

**IT IS HEREBY ORDERED** that:

1. The motion of the United States for an order of forfeiture (Doc. No. [58]) is **GRANTED**;

2. Defendant Travis Magdalena Scott is ordered to forfeit pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) all property, real or personal, which constitutes or is derived from proceeds traceable to the violation charged in Count of the Information;

3. Defendant Travis Magdalena Scott is ordered to pay a money judgment forfeiture in the amount of $11,491,217, based on this conviction on Count 1 of the Information. Defendant Scott will be given credit against the money judgment for the net value of all assets forfeited in connection with *United States v. Real Property and*

*Premises Located at 10903 Purdey Road, et al.*, Civil No. 10-4574 (PJS/JJG) and *United States v. Funds in the Amount of $2,090,928.54, et al.*, Civil No. 12-2092 (JRT/SER), and any additional assets forfeited in this action;

    4.    Pursuant to Fed. R. Crim. P. 32.2(b)(3), Fed. R. Crim. P. 32.2(c)(1)(B) and 21 U.S.C. § 853(m), the United States may conduct discovery to identify property subject to forfeiture under the terms of this order, or to address any factual issues raised by a third-party petition filed pursuant to Fed. R. Crim. P. 32.2(c);

    5.    Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B), this Order of Forfeiture shall become final as to the defendant at the time of sentencing, and shall be made a part of the sentence and included in the judgment; and

    6.    This Court shall retain jurisdiction to enforce this Order, and to amend it as necessary pursuant to Fed. R. Crim. P. 32.2(e).

Dated:  November 15, 2013        s/Donovan W. Frank
                                          DONOVAN W. FRANK
                                          United States District Judge